PEOPLE *v.* RUZICKA

AUTOMOBILES — MOTOR VEHICLE CODE — DRIVERS — IMPAIRMENT OF
ABILITY — STATUTES.

    A motor vehicle code provision making it unlawful for any person to operate a motor vehicle while his ability to do so has been impaired by intoxicating liquor is not applicable to offenses committed before March 10, 1967, its effective date (MCLA § 257.265b).

Appeal from Washtenaw, James R. Breakey, Jr., J. Submitted Division 2 October 8, 1969, at Lansing. (Docket No. 5,825.)    Decided October 27, 1969.

William Ruzicka was convicted by a jury of operating a motor vehicle while under the influence of intoxicating liquor. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William F. Delhey,* Prosecuting Attorney, and *Karl V. Fink,* Assistant Prosecuting Attorney, for the people.

*Nick Arvan,* for defendant.

Before: QUINN, P. J., and BRONSON and T. M. BURNS, JJ.

PER CURIAM. On appeal to circuit court from his conviction in municipal court for operating a mo-

REFERENCE FOR POINTS IN HEADNOTE
50 Am Jur, Statutes §§ 478, 480.

tor vehicle while under the influence of intoxicating liquor contrary to MCLA § 257.625 (Stat Ann 1968 Rev § 9.2325), a jury found defendant guilty of the same offense. He was sentenced and he appeals.

It is defendant's contention that he was entitled to the benefit of MCLA § 257.625b (Stat Ann 1968 Rev § 9.2325[2]), and that it was reversible error for the trial judge to refuse to give a requested instruction that defendant might be found guilty of impaired driving under the latter statute.

December 23, 1966, defendant was arrested for driving a motor vehicle while under the influence of intoxicating liquor. MCLA § 257.625b was added by PA 1966, No 243, effective March 10, 1967. In denying defendant's requested instruction on impaired driving, the trial judge ruled that MCLA § 257.625b was *ex post facto* and inapplicable to the offense of December 23, 1966.

The trial judge was correct; see *People* v. *Marshall* (1961), 362 Mich 170, 174.

Affirmed.